IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHRIS RUSHER                                                                                       PLAINTIFF
ADC #655889

V.                                     NO: 3:17CV00139 JM

BECKY HITT, *et al.*                                                                            DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Rusher's complaint (Doc. No. 1) is DISMISSED WITHOUT PREJUDICE.

DATED this 26th day of July, 2017.

_____
UNITED STATES DISTRICT JUDGE