# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**CHRIS RUSHER**  **PLAINTIFF**
**ADC #655889**

**V.**  **NO: 3:17CV00139 JM**

**BECKY HITT,** *et al.*  **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.

DATED this 26th day of July, 2017.

_____
UNITED STATES DISTRICT JUDGE